RATTET, PASTERNAK & GORDON OLIVER, LLP
Attorneys for 7th Avenue
Restaurant Group Holdings, LLC
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

James B. Glucksman (JBG 5722)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
7th Avenue Restaurant Group Holdings, LLC,          :
                                                    : United States Bankruptcy
                                                    : Court - SDNY
                                                    : Case No. 07-11523
                                                    :
                                                    :
                          Debtor.                   :
---------------------------------------------------------------- X
7th Avenue Restaurant Management Group,
LLC,

                          Plaintiff,                :

7th Avenue Restaurant Group Holdings, LLC,          : Index No. 601560-2007
Keith F. Groggin and Steven B. Malkenson,             (Supreme Court-New York
                                                      County)
                                                    :
                          Defendants.
---------------------------------------------------------------- x

**DISCLOSURE REQUIRED BY FED.R.CIV.P. RULE 7.1**

      Pursuant to Fed.R.Civ.P. Rule 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for 7th Avenue Restaurant Group Holdings, LLC, a private non-governmental party,

certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Harrison, New York
      May 18, 2007

                                          RATTET, PASTERNAK & GORDON OLIVER, LLP
                                          Attorneys for the Debtors/Defendant
                                          7th Avenue Restaurant Group Holdings, LLC
                                          550 Mamaroneck Avenue
                                          Harrison, New York 10528
                                          (914) 381-7400

                                              /s/ James B. Glucksman
                                      By: _____
                                            James B. Glucksman (5722)